UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANA PAULA GOULART LEHRER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UR MENDOZA JADDOU, )<br>DENIS RIORDAN, TERRI A. ROBINSON, )<br>ALEJANDRO MAYORKAS, and )<br>U.S. CITIZENSHIP AND IMMIGRATION )<br>SERVICES, )<br>)<br>Defendants. )<br>) | Civil Action No.<br>22-10966-FDS |

ORDER ON
**DEFENDANTS' MOTION TO REMAND**

**SAYLOR, C.J.**

Defendants' motion to remand to the U.S. Citizenship and Immigration Services is GRANTED. According to the defendants, "USCIS is prepared to either grant Plaintiff's application for naturalization or issue a NOID to the Plaintiff within fifteen days of the Court's remand order." (Defs. Mot. Remand at 4). In light of the extensive delays to date, USCIS shall act on the application within 30 days of this order. If USCIS fails to do so, it shall show cause in writing within 7 days of the expiration of that period why this order should not be vacated and the Court should not reassert jurisdiction over this matter.

2

**So Ordered.**

                                                  /s/ F. Dennis Saylor, IV
                                                  F. Dennis Saylor IV
Dated: September 19, 2022             Chief Judge, United States District Court